In the matter of the estate of FLORA E. SMALLEY, deceased.

[Decided September 22d, 1939.]

*Messrs. Howe & Davis,* for Herbert M. Alexander et al., executors, respondents.

*Mr. Eugene F. Hillery,* for Mary L. Bolles, appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Fielder, and reported at *124 N. J. Eq. 461.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.